**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DRK Photo, | ) CV 12-8093-PCT-PGR |
| Plaintiffs, | ) |
| | ) **ORDER** |
| v. | ) |
| The McGraw-Hill Companies, Inc., | ) |
| Defendant. | ) |

The Court having considered the motion of William C. Groh III for leave to withdraw as counsel for Plaintiff (Doc. 62), and the motion having been submitted with the written approval of Plaintiff in compliance with Local Civil Rule 83.3,

IT IS HEREBY ORDERED that the Motion for Withdrawal of Appearance of Counsel (Doc. 62) is GRANTED.

DATED this 8th day of July, 2013.

Paul G. Rosenblatt
United States District Judge