Christopher Seidman (admitted *pro hac vice*)
Harmon & Seidman LLC
101 S. Third Street, Suite 265
Grand Junction, CO 81501
Tel: 970.245.9075
Fax: 970.245.8086
chris@harmonseidman.com

Amanda Bruss (admitted *pro hac vice*)
Harmon & Seidman LLC
12354 East Bates Circle
Aurora, CO 80014
Tel: 415.271.5754
amanda@harmonseidman.com

*Attorneys for Plaintiff DRK Photo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DRK Photo, a sole proprietorship,<br><br>          Plaintiff,<br><br>v.<br><br>McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC,<br><br>          Defendants. | No. 3:12-cv-08093-PGR<br><br>**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff DRK Photo ("DRK") respectfully requests that the Court reconsider its Order denying Plaintiff's motion for partial summary judgment (Doc. 120).

The Court's June 10, 2014 Order found that (1) collateral estoppel did not apply, but that (2) DRK did not have standing based on the assignment agreements non-

exclusive representation agreements between DRK and the photographers. Based on these findings, it granted Defendants' motion for partial summary judgment (Doc. 97), and denied Plaintiff's motion for partial summary judgment (Doc. 79). However, it appears that the Court may have overlooked the fact that the two motions did not entirely overlap. Specifically, some 37 of the claims at issue in DRK's motion for partial summary judgment relate to photographs for which DRK had an *exclusive* license.[1] There was therefore no dispute of fact as to whether DRK has standing to bring these claims, and Defendants' motion for partial summary judgment did not extend to them.[2]

DRK respectfully requests that the Court reconsider its denial of DRK's motion for summary judgment solely as it relates to the claims.

DATED: June 19, 2014

> s/ *Amanda L. Bruss*
>
> Amanda L. Bruss (admitted *pro hac vice*)
> Harmon & Seidman LLC
> 12354 East Bates Circle
> Aurora, Colorado  80014
> Tel: (415) 271-5754 (cell)
> E-mail:  amanda@harmonseidman.com
>
> Christopher Seidman (admitted *pro hac vice*)
> Harmon & Seidman LLC
> 101 S. Third Street, Suite 265
> Grand Junction, CO 81501
> Tel: 970.245.9075
> E-mail:  chris@harmonseidman.com
> *Attorneys for Plaintiff DRK Photo*

---

[1] For the Court's convenience, the relevant claims are identified in Exhibit 1 hereto.

[2] *See* Doc. 120 at 2, Fn. 2, noting, "The Representation Agreements with photographers Tom Bean, Peter French, Wayne Lankinen, John Gerlach, George Sanker, M.P. Kahl, Dan Cheatham, Michael and Cynthia Ederegger provided that DRL acted a "sole and exclusive agent." (Doc. 98, ¶ 5.) McGraw does not move for summary judgment with respect to these photographs."

1
2

**<u>CERTIFICATE OF SERVICE</u>**

3
4
5

I hereby certify that on June 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

6
7
8
9

<u>s/ *Amanda L. Bruss*</u>
Amanda L. Bruss

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26